**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| GS HOLISTIC, LLC,<br><br>Plaintiff<br>v.<br><br>RMJ SALES INC d/b/a UP IN SMOKE and RAFAT Y KHALAF,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 3:23-cv-00302-WHR-MRM |

**MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANTS**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby files this Motion for Entry of Clerk's Default against the Defendants RMJ SALES INC d/b/a UP IN SMOKE and RAFAT Y KHALAF, and in support thereof states as follows:

1. On October 5, 2023, the Plaintiff filed its Complaint for Trademark Infringement [DE 1].

2. On October 26, 2023, a copy of the Complaint and Summons was served on RMJ SALES INC d/b/a UP IN SMOKE, via Corporate Service. *See* Affidavit of Service [DE 7-1].

3. RMJ SALES INC d/b/a UP IN SMOKEwas to have responded to or filed an answer to the Complaint by November 16, 2023, but failed to file anything with this Court.

4. On October 26, 2023, a copy of the Complaint and Summons was served on RAFAT Y KHALAF, via Personal Service. *See* Affidavit of Service [DE 7].

5. RAFAT Y KHALAF was to have responded to or filed an answer to the Complaint by November 16, 2023, but failed to file anything with this Court.

6. It has been more than twenty-one (21) days since RMJ SALES INC d/b/a UP IN SMOKE and RAFAT Y KHALAF, were served with the Summons and Complaint.

7. Federal Rule of Civil Procedure 55(a) provides that a Clerk must enter a party's default when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend.

8. As of the date of this Motion, RMJ SALES INC d/b/a UP IN SMOKE and RAFAT Y KHALAF have failed to answer or respond to the Plaintiff's Complaint, as evidenced by their failure to file any documents with this Court.

WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully moves for an Entry of Clerk's Default against the Defendants, RMJ SALES INC d/b/a UP IN SMOKE and RAFAT Y KHALAF, and any other relief this Court deems just and proper.

Respectfully submitted,

*/s/ John D. Hoffman, Jr.*

John D. Hoffman, Jr.
OH Bar No. 0099803
John Hoffman Law Office LLC
137 Heritage Woods Dr.
Suite 210
Akron, OH 44321
john@jdh-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 13, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ John D. Hoffman, Jr.*
John D. Hoffman, Jr.