**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| GS Holistic, LLC., | : | Case No. 3:23-cv-00302 |
| Plaintiff, | : | Judge Walter H. Rice |
| vs. | : | Magistrate Judge Michael R. Merz |
| | : | |
| RMJ Sales Inc., et al. | : | |
| Defendant. | : | |

---

**CLERK'S ENTRY OF DEFAULT**

It is appearing that, Defendants RMJ Sales, Inc., and Rafat Y. Khalaf having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Clerk's Entry of Default is hereby entered against, Defendants RMJ Sales, Inc., and Rafat Y. Khalaf on this 21st day of February 2024.

Sophia R. Bryant, Deputy Clerk
*Issuing officer's signature*

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO