**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

GS HOLISTIC, LLC,

Plaintiff, : Case No. 3:23-cv-302

District Judge Walter H. Rice
Magistrate Judge Michael R. Merz

- vs -

RMJ SALES, INC., et al.,

Defendants. :

---

# ORDER TO SHOW CAUSE

---

This case is before the Court *sua sponte* to monitor case progress.

On February 21, 2024, the Clerk entered the default of both Defendants on Order of the Court upon granting Plaintiff's Motion for that result (ECF Nos. 9, 10, 11). Nothing has occurred in the case since then. In particular, Plaintiff has not moved for default judgment.

Accordingly, it is hereby ORDERED that Plaintiff show cause not later than August 1, 2024, why this case should not be dismissed for want of prosecution.

July 8, 2024.

s/ *Michael R. Merz*
United States Magistrate Judge